In the Matter of the Estate of RAIMUND JOHANN ABRAHAM, Deceased. UNA KATRINA ABRAHAM, Respondent; JOAN WALTEMATH, Appellant. [914 NYS2d 629]—Order, Surrogate's Court, New York County (Kristin Booth Glen, S.), entered on or about June 7, 2010, which granted the petition for letters of administration, unanimously affirmed, without costs.

Even if objectant could prove that she was the deceased's concubine under the law of Oaxaca, Mexico, her relationship with the deceased would not be recognized as a marriage in New York because concubinage is not considered marriage in Oaxaca (*see Van Voorhis v Brintnall*, 86 NY 18, 25 [1881]; *Matter of Mott v Duncan Petroleum Trans.*, 51 NY2d 289, 292 [1980]; *see also Godfrey v Spano*, 13 NY3d 358, 378 [2009, Ciparick, J., concurring]). Concur—Gonzalez, P.J., Mazzarelli, Moskowitz, Acosta and Román, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JONATHAN SALVA, Appellant. [914 NYS2d 66]—An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, New York County (Rena K. Uviller, J.), rendered on or about May 26, 2010, and said appeal having been argued by counsel for the respective parties; and due deliberation having been had thereon, it is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed. Concur—Gonzalez, P.J., Mazzarelli, Moskowitz, Acosta and Román, JJ.